THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Judex Desir, Appellant.
 
 
 

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2006-UP-139
Submitted March 1, 2006  Filed March 9, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. Mc Intosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Judex Desir was indicted for and convicted of armed robbery, conspiracy, and four charges of kidnapping.  The trial court sentenced him to twenty-two years imprisonment for the armed robbery charge and each charge of kidnapping and five years for conspiracy, with the sentences concurrent and credit for time served.  Desirs counsel attached to the final brief a petition to be relieved as counsel stating she had reviewed the record and concluded the appeal lacked merit.  Desir did file a pro se response.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.  

1 We decide this case without oral argument pursuant to Rule 215, SCACR.